March 11, 2014



# JUDGMENT

# The Fourteenth Court of Appeals

CMC STEEL FABRICATORS, INC D/B/A CMC CONSTRUCTION SERVICES, Appellant

NO. 14-13-00084-CV                         V.

RED BAY CONSTRUCTORS, INC., Appellee

_____

This cause, an appeal from the special appearance order in favor of appellee, Red Bay Constructors, Inc., signed January 8, 2013, was heard on the transcript of the record. We have inspected the record and find error in the order. We therefore order the trial court's order **REVERSED** and **REMAND** the cause for proceedings in accordance with the court's opinion.

We further order that all costs incurred by reason of this appeal be paid by appellee, Red Bay Constructors, Inc.

We further order this decision certified below for observance.